[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 23-12311

Non-Argument Calendar

————————————————

WILMER DE JESUS CRUZ,

Petitioner,

*versus*

U.S. ATTORNEY GENERAL,

Respondent.

————————————————

Petition for Review of a Decision of the
Board of Immigration Appeals
Agency No. A099-255-306

————————————————

2                    Opinion of the Court                    23-12311

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

The Attorney General's unopposed motion to dismiss the petition for review for lack of jurisdiction is GRANTED, and the petition is DISMISSED.  Wilmer de Jesus Cruz filed the instant petition for review of the June 28, 2023, Board of Immigration Appeals ("BIA") decision dismissing his appeal of the Immigration Judge's ("IJ") final order of removal.  Subsequently, the parties filed a joint motion with the BIA to reopen and remand the removal proceedings to the IJ, which the BIA granted on February 29, 2024. Accordingly, we lack jurisdiction because the IJ's removal order is no longer a final order of removal.  *See* 8 U.S.C. § 1252(a)(1), (b)(9) & (d); *Jaggernauth v. U.S. Att'y Gen.*, 432 F.3d 1346, 1350 (11th Cir. 2005).